UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE JOHNSON )<br>6600 Georgia Avenue N.W. #101-B )<br>Washington, D.C. 20012 )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH POLANEC General Manager )<br>at the CROWN PLAZA HOTEL )<br>1001 14th Street, N.W. )<br>Washington, DC 20005 )<br>)<br>Defendant. ) | Civil Action No.: _____ |

## CERTIFICATE UNDER LCvR7.1

I the undersigned as counsel of record for Defendants Ralph Polanec and Interstate Management Company, LLC d/b/a Hamilton Crowne Plaza Hotel improperly named by plaintiff as "Crown Plaza Hotel" certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Interstate Management Company, LLC, which have any outstanding securities in the hands of the public.

Interstate Hotels and Resorts, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Erica H. Perkins
ECKERT SEAMANS CHERIN &
    MELLOTT, LLC
1747 Pennsylvania Ave., N.W. Suite 1200
Washington, D.C. 20006
(202) 659-6600
Counsel for Defendant
Interstate Management Company, LLC.

D.C. Bar No.: 484162
Bar Identification No.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Certificate Under LCvR7.1** was sent by first-class postage pre-paid mail, this 12th day of January 2006, to:

> Robert Lee Johnson
> 6600 Georgia Avenue N.W. #101-B
> Washington, D.C. 20012

*Erica H. Perkins*
Erica H. Perkins