U.S. District Court for District
Of Columbia

Case # 1:06-cv-00054-RMU

**Plaintiff**
Robert Lee Johnson

V

Ralph Polanec

Plaintiff Motion to Amend Complaint

To further define my complaint, because I have new evidence.

Some of the items to be discussed in the amended complaint are job Discrimination, Injury on the job, not properly address, and vacation Issues not addressed.

*Robert Lee Johnson*
*6600 Georgia Ave*
*Washington DC*
*20012*
*202-726-5069*

RECEIVED
FEB 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court for the
District of the District of Columbia
Case # 1:06-cv-00054-RMU

Plaintiff
Robert Lee Johnson

V

Ralph Polanec

## Amended Complaint

I Robert Johnson, injured myself on April 27th, 2005. The Human Resource, Mackenzie sent me to the hospital for medical treatment, and Refused to give me a referral slip or accident report to get medical treatment for my right shoulder. I had to use my own insurance, BC/BS. That is against the company policy, and workman compensation policy. No other doctor can read my medical records Unless I give them consent. That was pass by Hip, in 1996. I will not Give consent to anyone or sign any consent to get my medical records. I will give you and the court a copy as the case goes on. I was put on stress medication july 30th 2004, and I am still on medication until I see My doctor of my stress condition. I was put on stress medication for all the evidence I found at work. Medical records and bills are inclosed.

I was still under stress because of the way the new chef acted toward me And the servers in the dining room. He made a racist remark toward me. I have documents that I reported it to human resource.
I covered for the chefs that worked there since 1996, and I never got Paid. Even when they went on vacation, I have a copy of the cheft check Stub.

*Robert Lee Johnson*
*6600 Georgia ave nw*
*washington DC*
*20012*
*202 726 5069*

CERTIFICATE OF SERVICE

I, ROBERT JOHNSON, WILL MAIL A COPY OF THIS MOTION TO AMEND AMENDED COMPLAINT TO:

Date: 2/22/06

        Erica H. Perkins
        ECKERT SEAMANS AND CHERIN &
        MELLOTT, LLC
        1747 Pennsylvania avenue NW
        Suite 1200
        Washington, DC 20006
        (202)659-6600
        Email:eperkins@ecjertseanabs.com
        Lead Attorney
        Attorney to be Noticed

*[Signature: Robert Lee Johnson]*
*6600 Georgia avenue*
*Washington DC*
*20012*
*202 726-5069*