# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

**PLAINTIFF**                              Case #1:06-cv-00054-RMU
**ROBERT JOHNSON**

**V**


**RALPH POLANEC**



### Plaintiff Amended Complaint

1.   This section discusses both sexual harassment in the
     workplace and racial, national origin or ethnicity the hostile
     workplace environment.


2.   Hostile workplace Environment: sexual harassment in the
     workplace


3.   Uncomfortable Environment
     Hostile environment sexual harassment in the workplace is
     A situation in which the employer, worker does or says
     Things that make the victim feel uncomfortable because of
     His or her sex. How sexual harassment in the workplace
     Does not need to include a demand for an exchange of sex
     For the creation of an "uncomfortable environment".

4.   OFFENSIVE  CONDUCT
     The conduct must be "offensive", if two employees have a
     Good time exchanging sexual jokes, sexual harassment in
     the workplace.  If one employee kept telling another
     Employee sexual joke, employee found offensive, it "would"
     Be sexual harassment in the workplace.  If two employee
     In consensual sex, this would not be sexual harassment in
     The workplace.  If one of the two then the relationship, and
     The relationship, and the other used the unequal terms and

Conditions of employment of further the relationship, this
Would be sexual harassment in the workplace.

5.    Jokes, pictures, touching, leering, unwanted request for a
      date
      Have all been found by courts to harassment. Sexual
      harassment in the workplace can be a woman harassing a
      Man.

6.    HOSTILE WORKPLACE ENVIRONMENT; RACE;
      NATIONAL ORIGIN. or ETHNIC DISCRIMINATION
      HARASSMENT

      The court's have held that if you are harassed in the work
      Place about your race, ethnicity, or name have the right to
      Sue your employer. Discrimination and harassment go hand
      And hand here. When discrimination in the workplace, there
      Is also usually harassment in the workplace.

7.    MANAGEMENT AWARENESS

      Next the conduct must be carried on by management or
      Management must know about it and have the opportunity
      To stop it and in fact, do not , in other words, management
      Condones the behavior.

8.    REPORT THE BEHAVIOR
      If a fellow worker is the one doing the discrimination and
      Harassment, you should follow the conduct  report the
      Conduct to your supervisor and human resources.  Report
      It in writing to have proof of reported it, and be sure to be
      Specific about the exact nature of the discrimination or
      Harassment joe is bothering me or harassing me is not
      Sufficient.  Also saying that Joe called me the "N" work
      Don't retailiate back. Or you can be fired.

9.    WHO CAN SUE?

Anyone who is offended by a discriminatory or sexually
Harassing hostile environment may however, that
However, that employee's offense must be reasonable. An
Extremely sensitive person might not claim, if his or
Feelings, that have been offended, were not reasonable.

10. **DAMAGES IN DISCRIMINATION OR SEXUAL HARASSMENT IN THE WORKPLACE CASES**
Victims of discrimination in the workplace or sexual
Harassment in the workplace can recover for future
Lost wages, emotional distress, punitive damage.

11. **WHAT INFORMATION MUST BE PROVIDED TO FILE A CHARGE?**

**THE COMPLAINING PARTY'S NAME, ADDRESS, AND TELEPHONE NUMBER;**

The name, address, and telephone number of the
Respondent employer, employment agency, or union that is
Alleged to have discriminated, and number of employees (or
Union members). If known.

A short description of the alleged violation (the event that
Caused the complaining party to believe that his or her
Rights were violated); and the date of the alleged violations.

12. **NOTE THAT:**

Employers may not reduce wages of either sex to equalize
Pay between men and women.
A violation of the EPA may occur where a different wage
Was/is paid to a person who worked in the same job before
Or after an employee of the opposite sex.

13. **AGE DISCRIMINATION IN EMPLOYMENT ACT**

Discrimination on the basis of age by apprenticeship
Programs, including joint labor-management
apprenticeship programs;

14.    And denial of benefits to older employees. And employer
May reduce benefits based on age only if the cost of
Providing the reduced benefits to older workers is the same
as the cost of providing benefits to younger workers.

15.    **EQUAL PAY ACT**

The EPA prohibits discrimination on the basis of sex in the
Payment of wages or benefits, where men and women
perform work of similar skill, effort, and responsibility for
The same employer under similar working conditions.

16.    **SETTLEMENT:**

Plaintiff is welling to negotiate a settlement at anytime
You want to.

In The United States District Court For The
District of the District of Columbia

**PLAINTIFF**
**Robert L. Johnson**                               case #1:06-cv-00054RMU

**V**

**Ralph Polanec**

### Amended Complaint

I Robert Johnson was called a monster, and a picture was drawn by another
employee, name Myphoon. The meaning of monster is: an animal of abnormal
form, also a strange creature. My mother did not raise no animals, I have a birth
Certificate in this country.

Myphoon showed the picture to Phillip another co-worker and told him that she had
Drawn the picture and left it for Mr. Johnson to see.

The circulation  or posting of written or graphic material shows hostility toward
Another individual, because of his protected status, and of his race because of age
Decrimination. This was reported to the Human Resource, but nothing was done
About it.  She should have been terminated according to the company policy.

This is a civil action alleging discrimination and creation of hostile work
environment of the Title VII of the Civil Rights Act of 1964.

All allegation made by plaintiff is true.  All the documents speaks for itself.

It was embarrassing, and humiliating to me, the plaintiff, the picture was posted
Where everyone to see.  This also cause me a great amount of mental stress and I
Was put on medication.

Myphoon behavior was disrespectful to me. She caused me a great deal of
humiliation. I have documents of her action and also the picture she drew. I have
A witness also, the person she showed the picture too. This is called hostile
environment. The courts have held that if you are harassed in the work place
About your race, ethnicity, you have the right to sue your employer. Discrimination
And harassment go hand and hand in the workplace, there is also usually
harassment in the workplace.

How can defendant say what I didn't suffer from. You are not a doctor. I have
Proof. Defendant is not a doctor. I can present to you medical papers from the
Doctor.

How can someone evaluate you, when they had resign from the company. That is
Against the company policy. I mention to the lady at EEOC, of how the Cheft gave
Me a low point, because of what Myphoon said. If she forgot to put it on paper that
Is not my folk. AN employee should be given a written warning, before he or she
Is given a bad evaluation.

These time limits do not apply to claims under the Equal Pay Act, because under
The Act persons do not have to first file a charge with EEOC in order to have the
Right to go to court.

Plaintiff have documents pertaining to each complaint whereby plaintiff respectfully
Request that judgement be entered in favor on all claims.

Interstate Hotel Mgmt co. sent a letter to human rights. Director is Kenneth L
Sounders, that I file the same case with EEOC, but that is not true, because the low
point he gave me by Tim, the cheft at time, and human resource ave me a copy of
the evaluation in 2003 right after Tim left. This has nothing to do with the
evaluation I found, that was left out by someone.

Me and Human Resource have had a lot of issues, I have been to Human Resource
Several times, and they have never done anything. The Human Resource man, Mr.
Ian Mackenzie, were racist, and the servers knew it.

Robert Lee Johnson
6600 Georgia avenue
Washington DC
20012
202-726-5069

&BI  002906 624920 FT    0000460024  1

# Earnings Statement

*CROWNE PLAZA*
*1001 14TH STREET, NW*
*WASHINGTON, DC  20005*

| | |
|---|---|
| Period Ending: | 11/08/2001 |
| Pay Date: | 11/16/2001 |

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   State:   4

**JOSEPH NGUYEN**
**3206 HOLLY HILL DR**
**FALLS CHURCH, VA 22042**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2622.40 | 76.00 | 2,622.40 | |
| Vacation | | 4.00 | | |
| **Gross Pay** | | | **$2,622.40** | 65,959.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -320.07 | 8,820.83 |
| | Social Security Tax | -162.58 | 4,089.46 |
| | Medicare Tax | -38.03 | 956.41 |
| | VA State Income Tax | -128.29 | 3,255.08 |
| | **Other** | | |
| | Checking #2 | -1,973.43 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$2,622.40

@1998 Automatic Data Processing

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

@1991 ADP, Inc.

*CROWNE PLAZA*
*1001 14TH STREET, NW*
*WASHINGTON, DC  20005*

| | |
|---|---|
| Advice number: | 00000460024 |
| Pay date: | 11/16/2001 |

Deposited to the account of
**JOSEPH NGUYEN**

| account number | transit ABA | amount |
|---|---|---|
| 1000452828622 | 0560 0760 | $1,973.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT