## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2006, a true copy of the foregoing Answer to Plaintiff's Amended Complaint was served upon Plaintiff, by regular United States Mail, postage pre-paid, at the address set forth below:

>Robert L. Johnson
>6600 Georgia Ave. N W #101-B
>Washington, D.C. 20012

_____
Edward R. Noonan

**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, D.C. 20006

TEL 202 659 6600
FAX 202 659 6699
www.eckertseamans.com

Edward R. Noonan
202.659.6616
enoonan@eckertseamans.com

February 28, 2006

Nancy Mayer-Whittington
Clerk of the District Court
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:  **Robert Johnson v. Ralph Polenac, et al.**
     **Case No.: 1:06-cv-00054-RMU**

Dear Ms. Mayer-Whittington,

Please find enclosed the Certificate of Service for Defendants' Answer to Plaintiff's Amended Complaint, which was inadvertently missed when we filed the Answer yesterday.

Very truly yours,

*Edward R. Noonan*

Edward R. Noonan

Enclosures

PITTSBURGH, PA    HARRISBURG, PA    PHILADELPHIA, PA    BOSTON, MA    WASHINGTON, DC    WILMINGTON, DE
MORGANTOWN, WV    SOUTHPOINTE, PA    ALCOA CENTER, PA