IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE JOHNSON ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:06-cv-00054 |
| ) | |
| v. ) | |
| ) | |
| RALPH POLANEC and INTERSTATE ) | |
| MANAGEMENT COMPANY, LLC, ) | |
| d/b/a Hamilton Crowne Plaza Hotel ) | |
| ) | |
| Defendant ) | |

## JOINT STIPULATION TO DISMISS AMENDED COMPLAINT AGAINTS RALPH POLANEC

Plaintiff and Defendants hereby stipulate that the Amended Complaint shall be dismissed, with prejudice, against Defendant Ralph Polanec.

For Plaintiff:

*[signature]* 2-28-06
Robert L. Johnson

For Defendants:

*[signature]* 2/28/06
Edward R. Noonan  #314328
Erica H. Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
(202)659-6600