**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT LEE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:06-cv-00054 |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH POLANEC and INTERSTATE MANAGEMENT COMPANY, LLC, d/b/a Hamilton Crowne Plaza Hotel | ) ) ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Pursuant to the parties' Joint Stipulation to Dismiss Amended Complaint Against Ralph Polanec,

IT IS HEREBY ORDERED THAT:

The Amended Complaint is dismissed with prejudice against Defendant Ralph Polanec.

_____
United States District Court Judge