IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

PLAINTIFF                                         Case #1:06-cv-00054-RMU
ROBERT JOHNSON

V


RALPH POLANEC


Plaintiff Amended Complaint

1. This section discusses both sexual harassment in the workplace and racial, national origin or ethnicity the hostile workplace environment.


2. Hostile workplace Environment: sexual harassment in the workplace

3. Uncomfortable Environment
   Hostile environment sexual harassment in the workplace is
   A situation in which the employer, worker does or says
   Things that make the victim feel uncomfortable because of
   His or her sex. How sexual harassment in the workplace
   Does not need to include a demand for an exchange of sex
   For the creation of an "uncomfortable environment".

4. OFFENSIVE CONDUCT
   The conduct must be "offensive", if two employees have a
   Good time exchanging sexual jokes, sexual harassment in
   the workplace. If one employee kept telling another
   Employee sexual joke, employee found offensive, it "would"
   Be sexual harassment in the workplace. If two employee
   In consensual sex, this would not be sexual harassment in
   The workplace. If one of the two then the relationship, and
   The relationship, and the other used the unequal terms and

      Conditions of employment of further the relationship, this
      Would be sexual harassment in the workplace.

5.    Jokes, pictures, touching, leering, unwanted request for a date
      Have all been found by courts to harassment. Sexual
      harassment in the workplace can be a woman harassing a
      Man.

6.    **HOSTILE WORKPLACE ENVIRONMENT; RACE; NATIONAL ORIGIN. or ETHNIC DISCRIMINATION HARASSMENT**

      The court's have held that if you are harassed in the work
      Place about your race, ethnicity, or name have the right to
      Sue your employer. Discrimination and harassment go hand
      And hand here. When discrimination in the workplace, there
      Is also usually harassment in the workplace.

7.    **MANAGEMENT AWARENESS**

      Next the conduct must be carried on by management or
      Management must know about it and have the opportunity
      To stop it and in fact, do not , in other words, management
      Condones the behavior.

8.    **REPORT THE BEHAVIOR**
      If a fellow worker is the one doing the discrimination and
      Harassment, you should follow the conduct  report the
      Conduct to your supervisor and human resources. Report
      It in writing to have proof of reported it, and be sure to be
      Specific about the exact nature of the discrimination or
      Harassment joe is bothering me or harassing me is not
      Sufficient.  Also saying that Joe called me the "N" work
      Don't retailiate back. Or you can be fired.

9.    **WHO CAN SUE?**

Anyone who is offended by a discriminatory or sexually
Harassing hostile environment may however, that
However, that employee's offense must be reasonable. An
Extremely sensitive person might not claim, if his or
Feelings, that have been offended, were not reasonable.

10. **DAMAGES IN DISCRIMINATION OR SEXUAL HARASSMENT IN THE WORKPLACE CASES**

Victims of discrimination in the workplace or sexual
Harassment in the workplace can recover for future
Lost wages, emotional distress, punitive damage.

11. **WHAT INFORMATION MUST BE PROVIDED TO FILE A CHARGE?**

THE COMPLAINING PARTY'S NAME, ADDRESS, AND TELEPHONE NUMBER;

The name, address, and telephone number of the
Respondent employer, employment agency, or union that is
Alleged to have discriminated, and number of employees (or
Union members). If known.

A short description of the alleged violation (the event that
Caused the complaining party to believe that his or her
Rights were violated); and the date of the alleged violations.

12. **NOTE THAT:**

Employers may not reduce wages of either sex to equalize
Pay between men and women.
A violation of the EPA may occur where a different wage
Was/is paid to a person who worked in the same job before
Or after an employee of the opposite sex.

13. **AGE DISCRIMINATION IN EMPLOYMENT ACT**

        Discrimination on the basis of age by apprenticeship
        Programs, including joint labor-management
        apprenticeship programs;

14.    And denial of benefits to older employees. And employer
        May reduce benefits based on age only if the cost of
        Providing the reduced benefits to older workers is the same
        as the cost of providing benefits to younger workers.

15.    **EQUAL PAY ACT**

        The EPA prohibits discrimination on the basis of sex in the
        Payment of wages or benefits, where men and women
        perform work of similar skill, effort, and responsibility for
        The same employer under similar working conditions.

16.    **SETTLEMENT:**

        Plaintiff is welling to negotiate a settlement at anytime
        You want to.

In The United States District Court For The
District of the District of Columbia

PLAINTIFF
Robert L. Johnson                                    case #1:06-cv-00054RMU

V

Ralph Polanec

## Amended Complaint

I Robert Johnson was called a monster, and a picture was drawn by another employee, name Myphoon. The meaning of monster is: an animal of abnormal form, also a strange creature. My mother did not raise no animals, I have a birth Certificate in this country.

Myphoon showed the picture to Phillip another co-worker and told him that she had Drawn the picture and left it for Mr. Johnson to see.

The circulation or posting of written or graphic material shows hostility toward Another individual, because of his protected status, and of his race because of age Decrimination. This was reported to the Human Resource, but nothing was done About it. She should have been terminated according to the company policy.

This is a civil action alleging discrimination and creation of hostile work environment of the Title VII of the Civil Rights Act of 1964.

All allegation made by plaintiff is true. All the documents speaks for itself.

It was embarrassing, and humiliating to me, the plaintiff, the picture was posted Where everyone to see. This also cause me a great amount of mental stress and I Was put on medication.

Myphoon behavior was disrespectful to me. She caused me a great deal of humiliation. I have documents of her action and also the picture she drew. I have A witness also, the person she showed the picture too. This is called hostile environment. The courts have held that if you are harassed in the work place About your race, ethnicity, you have the right to sue your employer. Discrimination And harassment go hand and hand in the workplace, there is also usually harassment in the workplace.

How can defendant say what I didn't suffer from. You are not a doctor. I have Proof. Defendant is not a doctor. I can present to you medical papers from the Doctor.

How can someone evaluate you, when they had resign from the company. That is Against the company policy. I mention to the lady at EEOC, of how the Cheft gave Me a low point, because of what Myphoon said. If she forgot to put it on paper that Is not my folk. AN employee should be given a written warning, before he or she Is given a bad evaluation.

These time limits do not apply to claims under the Equal Pay Act, because under The Act persons do not have to first file a charge with EEOC in order to have the Right to go to court.

Plaintiff have documents pertaining to each complaint whereby plaintiff respectfully Request that judgement be entered in favor on all claims.

Interstate Hotel Mgmt co. sent a letter to human rights. Director is Kenneth L Sounders, that I file the same case with EEOC, but that is not true, because the low point he gave me by Tim, the cheft at time, and human resource ave me a copy of the evaluation in 2003 right after Tim left. This has nothing to do with the evaluation I found, that was left out by someone.

Me and Human Resource have had a lot of issues, I have been to Human Resource Several times, and they have never done anything. The Human Resource man, Mr. Ian Mackenzie, were racist, and the servers knew it.

*[Signature: Robert Lee Jumper]*
*1600 George's Avenue*
*Washington, DC*
*20012*
*202-726-5069*

&BI   002906 624920  FT      0000460024

# Earnings Statement

ADP

CROWNE PLAZA
1001 14TH STREET, NW
WASHINGTON, DC 20005

Period Ending:  11/08/2001
Pay Date:       11/16/2001

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   State:   4

JOSEPH NGUYEN
3206 HOLLY HILL DR
FALLS CHURCH, VA 22042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2622.40 | 76.00 | 2,622.40 | |
| Vacation | | 4.00 | | |
| **Gross Pay** | | | **$2,622.40** | 65,959.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -320.07 | 8,820.83 |
| | Social Security Tax | -162.58 | 4,089.46 |
| | Medicare Tax | -38.03 | 956.41 |
| | VA State Income Tax | -128.29 | 3,255.08 |
| | Other | | |
| | Checking #2 | -1,973.43 | |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are
$2,622.40

---

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 1991 ADP, Inc.

CROWNE PLAZA
1001 14TH STREET, NW
WASHINGTON, DC 20005

Advice number:  00000460024
Pay date:       11/16/2001

Deposited to the account of
JOSEPH NGUYEN

| account number | transit ABA | amount |
|---|---|---|
| 1000452828622 | 0560 0760 | $1,973.43 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT