IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT LEE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:06-cv-00054 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERSTATE MANAGEMENT COMPANY, | ) | |
| LLC, d/b/a Hamilton Crowne Plaza Hotel | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 26(a) INITIAL DISCLOSURES
## OF DEFENDANT INTERSTATE MANAGEMENT COMPANY, LLC

Defendant Interstate Management Company, LLC makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.2(a). Defendant reserves the right to supplement and/or amend these responses based on additional information obtained through formal discovery or other means.

**I.      Rule 26(a)(1)(A) Disclosure.**

Based on information currently available, Defendants identify the following individuals as persons likely to have discoverable information that Defendants may use to support their defenses.

    1.    Keith Beatty
            Hamilton Crowne Plaza Hotel
            1001 14th Street, NW
            Washington, DC 20005

Mr. Beatty is the current Director of Human Resources at the Hamilton Crowne Plaza. He has knowledge regarding the investigation made on behalf of

the hotel into plaintiff's claims and knowledge of any subsequent actions taken by the hotel.

2. Ralph Polanec
Hamilton Crowne Plaza Hotel
1001 14th Street, NW
Washington, DC 20005

Mr. Polanec is the General Manager of the Hamilton Crowne Plaza and has knowledge regarding the response and remedial measures taken, if necessary, as a result of Plaintiff's complaints.

3. Ian Mackenzie
[address unknown]

Mr. McKenzie was the Director of Human Resources at the Hamilton Crowne Plaza during the time period when plaintiff alleges the Title VII violations occurred. Mr. McKenzie participated in the investigation of some of plaintiff's complaints and therefore has knowledge regarding his investigation and any remedial measures taken on behalf of the hotel in response to plaintiff's complaints.

4. Myphuong Trinh
Hamilton Crowne Plaza Hotel
1001 14th Street, NW
Washington, DC 20005

Ms. Trinh is the co-worker identified by plaintiff as the individual who left the "monster" note. She has knowledge regarding this alleged incident and will testify to the remedial measures taken by the hotel regarding this alleged incident.

5.  Chef Hector A. Playuk
    4775 W. Braddock Road, Apt 40
    Alexandria, VA 22311

Mr. Playuk was the executive chef at the Hamilton Crowne Plaza during the time period when plaintiff alleges the Title VII violations occurred. Mr. Playuk has knowledge surrounding the alleged events, the response of the Hotel Management to plaintiff's complaints and to remedial measures taken. He also has knowledge of Mr. Johnson's work performance.

6.  Phaliere Honore
    12119 Guinever Place
    Glenn Dale, MD 20769

Fellow kitchen worker who witnessed the alleged incident with Myphuong Trinh.

7.  Darnell Davis
    1880 Wigglesworth Way
    Woodbridge, VA 22191

Previous Sous chef at the Hamilton Crowne Plaza. Darnell was identified to Human Resources as a witness to the alleged "racist" comments. He was interviewed by Mr. Beatty regarding the alleged "racist" comments, which he denies hearing, and has knowledge regarding the Hotel's investigation and response to plaintiff's complaints as to the alleged racist comments.

## II.  Rule 26(a)(1)(B) Disclosure.

A description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of Defendants and which they may use to support its claims or defenses:

3

1. Plaintiff's personnel file, including plaintiff's evaluations.

2. May 14, 2003 letter from Ian MacKenzie regarding the Hotel's position on scheduling.

3. Plaintiff's job description (Kitchen Supervisor).

4. Sous chef job description.

5. November 2, 1998 memorandum regarding expectations of plaintiff as a kitchen supervisor.

6. Associate Handbook acknowledged by plaintiff.

7. April 21, 2003 Memorandum from Ralph Polanec to Hector Playuk regarding plaintiff's written complaint and remedial action taken.

8. May 17, 2003 memorandum from Ralph Polanec to Hector Playuk regarding complaints by the restaurant and kitchen staff and the hotel's response.

9. September 13, 2004 memorandum to all kitchen staff regarding a reminder of the open door policy and changes in the executive chef and Human Resources positions.

10. Memos of investigation and findings by Keith Beatty into plaintiff's allegations that the chef made "racist" remarks.

III. **Rule 26 (a)(1)(C) Disclosure.**

Defendants are not claiming damages.

4

## IV. Rule 26(a)(1)(D) Disclosure.

Plaintiff's claims are covered by insurance policy issued by Arch Intermediaries, Ltd. Policy number 643/SE821090Y. Declaration page can be provided upon request.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By: *(signature)*
Edward R. Noonan  # 314328
Erica H. Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
(202)659-6600
Counsel for Defendant Interstate Management
Company, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Initial Disclosures was electronically filed and sent by first-class postage pre-paid mail, this 27th day of March 2006, to:

>Robert Lee Johnson
>6600 Georgia Avenue N.W. #101-B
>Washington, D.C.  20012


>_____
>Erica H. Perkins