IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT LEE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:06-cv-00054 |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH POLANEC and INTERSTATE MANAGEMENT COMPANY, LLC, d/b/a Hamilton Crowne Plaza Hotel, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE

To the Clerk of this Court, please take notice that the properly named Defendant in the above-captioned matter is Interstate Management Company, LLC. Plaintiff originally filed suit against Ralph Polanec and Hamilton Crowne Plaza Hotel. Pursuant to this Court's order, Ralph Polanec has been dismissed from the suit, with prejudice, leaving only the Hamilton Crowne Plaza Hotel as a Defendant. Hamilton Crowne Plaza Hotel was not the proper entity to be sued. The proper entity is Interstate Management Company, LLC d/b/a Hamilton Crowne Plaza Hotel. All filings by Defendant will be in the name of Interstate Management Company, LLC d/b/a Hamilton Crowne Plaza Hotel.

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Edward R. Noonan  # 314328
Erica H. Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
(202)659-6600
Counsel for Defendant Interstate Management Company, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Notice** was electronically filed and sent by first-class postage pre-paid mail, this 11th day of April 2006, to:

        Robert Lee Johnson
        6600 Georgia Avenue N.W. #101-B
        Washington, D.C.  20012

        _____
        Erica H. Perkins