UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE JOHNSON,<br><br>　Plaintiff,<br><br>　　v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC, d/b/a/ HAMILTON CROWN PLAZA HOTEL<br><br>　Defendant. | Civil Action No. 06-0054<br>　　　　　RMU/DAR |

**ORDER APPOINTING OF COUNSEL FOR THE LIMITED
PURPOSE OF MEDIATION**

　　The Court has determined that counsel should be appointed from the the Court's Civil Pro Bono Panel pursuant to Local Civil Rule 83.11 for the limited purpose of assisting in the resolution of this case through mediation. Accordingly, it is

　　**ORDERED** that the Clerk **EXPEDITE** appointment of counsel for the plaintiff from the Civil Pro Bono Panel for the purpose of mediation in the above-captioned matter. It is

　　**FURTHER ORDERED** that mediation shall commence on Monday, June 12, 2006 at 9:30 am before Magistrate Judge Deborah A. Robinson.

April 25, 2006　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case 1:06-cv-00054-RMU    Document 16    Filed 04/25/2006    Page 2 of 2