**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Robert Lee Johnson,                      )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )     CV 06-0054  RMU/DAR
                                         )
Ralph Polanec, et al.,                   )
                                         )
                    Defendants.          )

**NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL**
**FOR THE LIMITED PURPOSE OF MEDIATION**

          I have received and reviewed the Court's Order of Appointment of Counsel for
the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation
Counsel attached to that Order.  I understand that counsel is being appointed for the limited
purpose of assisting me with the mediation process, and that I must continue to represent myself
in this case with respect to matters other than mediation.

                              Respectfully submitted,

                              _Robert Lee Johnson_
                              Signature *of* pro se *party*

                              ROBEH Lee JOHNSON
                              Name *of* pro se *party (printed)*

                              1600 George'g ave X12w
                              Address

                              waSHiNGtoN DC
                              City          State DC    ZIP 20012

                              202-726-5069
                              Telephone  # 202-218-7848

Dated: 5-2-06

**RECEIVED**

MAY 2 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT