UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Lee Johnson,  )<br>  )<br>       Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>Ralph Polanec, et al.,  )<br>  )<br>       Defendants.  ) | Civil Action No. 06-0054 (RMU) |

NOTICE OF APPEARANCE
FOR THE LIMITED PURPOSE OF MEDIATION

To the Clerk of this Court and all parties of record:

Please enter my appearance as pro bono counsel in this case for the Plaintiff.

This appearance is for the limited purpose of representing the litigant during the mediation process, and is subject to the "Guidelines for Court-Appointed Mediation Counsel," attached to the Court's Order of Appointment.

Respectfully submitted,

_____
Signature

Elvin Ned Sloan #455198
Name & Bar Number

7600 Georgia Ave NW Suite 208
Address

Washington    DC    20012
City    State    ZIP

(202) 829-0886
Telephone

Dated: May 10, 2006

**RECEIVED**
**MAY 2 6 2006**
**SUPERIOR COURT**