**In the United States Court for the District of Columbia**

**05/23/06**

**Plaintiff**
**Robert Johnson**
**6600 Georgia Ave N.W.**
**Washington D.C 20012**

**VS**

06-54 RMU

**Interstate Management Company, LLC**
**d/b/a Hamilton Crown Plaza Hotel**

**Plaintiffs Notice of Filing**

**I Robert Johnson, is filing new evidence that I received from Care First BC/BS.**

**Attached is a copy of the medical claim payment that was paid to Howard University Hospital for my theropy, where I used my personal insurance to pay for medical treatment. That is Discrimination against me, because MAckenzie refuse to give me a referral slip, or accident report to take to Howard University Hospital on 4/29/03. Attached is a copy from Ms. M Knuth. Legal analyst Federal employee program. Phone # (410-564-4063).**

**Attached is a letter from Dr. Phillips, MD physical Medicine and rehabilitation. Verifying that I had to use my own**

RECEIVED
JUN - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

personal insurance Carefirst Bc/Bs. That is decrimination under Title 7, 1964, because interstate have insurance for all Associates(employees) that get hurt on the job. Here is a copy of the company policy.

## Health Safety and Security

If you have an accident on the job, you must report it immediately to your supervisor in order to be referred for Treatment, if necessary, and to proctect any benefits that may Be paid by workers compensation. All inquries, no matter how Minor must be reported.

I am also summiting a copy of Dr. Polk written excuse that I Was put on stress medication on 7/30/04. The medication was Lorazepam, on April 22,2006, he added on another medication Called Lunesta.

Here is a copy that I got from District of Columbia Government Office of Workers Compensation. PO box 56098, Washington, DC 20011. The information on this document is False, file by Human Resource, Mackenzie. Department of Employment Services Bureau of Labor Standards, Office of Workers' Compensation P.O. box 56098, Washington DC 20011.

## Workers of Non Decrimination

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C, Official Code Section 2-1401.01 et seq., (Act)

**The District of Columbia does not discriminate on the basis of Actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, Familial status, family responsibilities, matriculation political Affiliation, disability, source of income, or placeof residence or Business. Sexual harassment is a form of sex discrimination which is prohibited by the Act. In addition, harassment based On any of the protected categories is prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.**

**Mr. Keith, new director of the Hamilton Crown Plaza Hotel, Can not speak for Mackenzie, because he was not there.**

**I Robert Johnson, the plantiff did not discuss anything with Cheft Hector, that went on at the hotel, because I did not trust him, he was asked to resign from his position. I only discuss the allegation with Mackenzie.**

**I repeat to the court again, I will not put both cases together.**

Robert Lee Johnson
1600 Georgia ave
Washington DC #101B
20012

**CERTIFICATE OF SERVICE**

**I ROBERT JOHNSON, WILL MAIL A COPY OF THIS PLAINTIFFS NOTICE OF FILING TO:**

**Date: 5/25/06**

**Erica H. Perkins**
**Eckert Seamans and Cherin & Mellott, LLC**
**1747 Pennsylvania Ave N.W.**
**Suite 1200**
**Washington, D.C. 20006**
**(202)659-6600**
**Lead Attorney**
**Attorney to be notice**

**To Human Resource**

**I am writing this complaint to be put on file against the chef For what he said to me. On 11/23/05 at 1:00 o'clock, I made Some turkey source for Thanksgiving, and I called the chef and asked him was it okay with him. He replied back to me, I don.t want it dark like you. I want it light like Donnell. At the time Donnell was standing there, and he heard what he said. That was a raciest statement, and it should not have been said to me in front of another employee nor should it have been said at all. I talked to you about this before, so I am putting it in writing. This is not the first time he has made a raciest about Afro American people. This has to stop. This is the letter I'm giving to you, I spoke to you about this before. If he don't know what to say out of his mouth, he should Keep his mouth closed.**

**Sincerely**

**Human Resource**

**At around 1:30 or 1:45, The chef made a statement about the restaurant manager, To the food and beavege . At the time Dwayne was going out the back door. He said Put that monkey back in the restaurant. The Sue Chef heard it also, and he Approach me, and asked me if I Heard it, and I said yes. He was kind of upset About it, and he ask me Robert Johnson, did you take notes of that? I don't know If he was telling the truth or not, but I have to speak of what I heard. When Howard Cosell made a statement like that on national television ,about look at that Monkey go, the fired him. His colleague at that time was, O.J. Simpson, and Joe Namet. I call the Human Resource today, June 20, 2005 and reported it to them. I told them something needs to be done about this, because this boy is races. If Human Resource doesn't do anything about it, I will take it further.**

CareFirst BlueCross BlueShield
Federal Employee Program
P.O. Box 801
Owings Mills, MD 21117-5559

May 8, 2006

Robert L. Johnson
6600 Georgia Ave. NW Apt. 101B
Washington, DC 20012-2552

| | |
|---|---|
| Reference: | Robert L. Johnson |
| Reference Number: | R20597210 |
| Dates of Service: | 04/29/03 through 06/02/03 |
| Provider: | Howard University Hospital |
| Claim Numbers: | see attachment |

Dear Mr. Johnson:

You requested documentation regarding the status of claims for the dates of service indicated above. This letter and the attachment are in response to your request.

Benefits for the above services were paid to Howard University Hospital in June of 2005 under your Federal Employee Program BlueCross BlueShield policy. An audit of the hospital records showed your workers' compensation carrier, Zurich America had primary responsibility for these services. As a result, we have retracted the payments made to the hospital and adjusted the claims to reflect workers' compensation as responsible for these services.

Should workers' compensation deny these services, you or the hospital should contact me directly. A copy of the workers' compensation denial will be necessary for BlueCross BlueShield to reconsider benefits.

If you have any additional questions regarding this matter, please feel free to contact me.

Sincerely,

M. Knuth

Ms. M. Knuth
Legal Analyst
Federal Employee Program
(410) 561-4063
Marla.Knuth@CareFirst.com

GORIG

CareFirst BlueCross BlueShield is an independent licensee of the Blue Cross and Blue Shield Association.
® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.

CareFirst BlueCross BlueShield

5433 MJK

REPORT DATE: 05/09/2006 PAGE:
IDENTIFICATION NUMBER: R20597210
SUBSCRIBER: LENORA JOHNSON
PATIENT NAME: ROBERT JOHNSON

EDICAL CLAIMS

| AIM NUMBER | DATES OF SERVICE FIRST - LAST | TYPE OF SERVICE | PROVIDER | CHARGE | BCBSNCA AMOUNT PAID | DATE PAID | PD TO | OTHER INSURANCE AMOUNT PAID |
|---|---|---|---|---|---|---|---|---|
| 178109112F | 06/02/2003-06/02/2003 | THERAPY | HOWARD UNIV | 524.75 | 0.00 | 07/15/2005 | 2 | 0.00 |
| 195145490F | 06/02/2003-06/02/2003 | MEDICAL CARE | HOWARD UNIV | 524.75 | 0.00 | 06/24/2005 | 2 | 524.75 |
| 157138580F | 05/07/2003-05/30/2003 | MEDICAL CARE | HOWARD UNIV | 3888.50 | 0.00 | 06/13/2003 | 2 | 0.00 |
| 157138579FG | 05/30/2003-05/30/2003 | MEDICAL CARE | HOWARD UNIV | 387.25 | 0.00 | 06/24/2005 | 2 | 387.25 |
| 157138579FF | 05/28/2003-05/28/2003 | MEDICAL CARE | HOWARD UNIV | 484.75 | 0.00 | 06/24/2005 | 2 | 484.75 |
| 157138579FE | 05/23/2003-05/23/2003 | MEDICAL CARE | HOWARD UNIV | 484.75 | 0.00 | 06/24/2005 | 2 | 484.75 |
| 157138579FD | 05/21/2003-05/21/2003 | MEDICAL CARE | HOWARD UNIV | 484.75 | 0.00 | 06/24/2005 | 2 | 484.75 |
| 15[illegible]579FC | 05/16/2003-05/16/2003 | MEDICAL CARE | HOWARD UNIV | 484.75 | 0.00 | 06/24/2005 | 2 | 484.75 |
| 15[illegible]8579FB | 05/12/2003-05/12/2003 | MEDICAL CARE | HOWARD UNIV | 484.75 | 0.00 | 06/24/2005 | 2 | 484.75 |
| 157138579FA | 05/09/2003-05/09/2003 | MEDICAL CARE | HOWARD UNIV | 484.75 | 0.00 | 06/24/2005 | 2 | 484.75 |
| 157138579F | 05/07/2003-05/07/2003 | MEDICAL CARE | HOWARD UNIV | 592.75 | 0.00 | 06/24/2005 | 2 | 592.75 |
| 130143369F | 05/02/2003-05/02/2003 | MEDICAL CARE | HOWARD UNIV | 347.25 | 0.00 | 06/24/2005 | 2 | 347.25 |
| 128141170F | 04/29/2003-04/29/2003 | MEDICAL CARE | HOWARD UNIV | 175.00 | 0.00 | 06/24/2005 | 2 | 175.00 |
| | | | TOTALS: | 9348.75 | 0.00 | | | 4935.50 |

PD TO KEY: 1 = PAID SUBSCRIBER
2 = PAID PROVIDER
3 = PAID TO OTHER

CareFirst BlueCross BlueShield is the business name of Group Hospitalization and Medical Services, Inc. and is an independent licensee of the Blue Cross and Blue Shield Association.
® Registered trademark of Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst, Inc.



2041 Georgia Avenue, N.W.
Washington, D.C. 20060

202/865-6100
202/745-3731 fax

Re: Robert Johnson
DOB: 4/2/47
DOI: 4/27/03

To Whom It May Concern:

Please note that I have been consulted on 5/5/03 to treat Mr. Johnson for a work related shoulder problem. He was seen and diagnosed be me with right shoulder strain (acromioclavicular joint). This injury was reported to have happened while lifting a container of water that was ¾ filled while he thought it was empty. His pain syndrome persisted even with therapy and other treatment modalities used to treat the associated Myofascial Pain Syndrome. He was subsequently discharged from therapy on 2/20/04 with mild residual acromioclavicular joint tenderness and shoulder girdle abduction weakness. At that time he was independent with his home exercise program and tolerating work activities

Please note that the patient used his personal insurance to facilitate continuity of care when at times there were problems with his worker's compensation insurance.

Yours truly,

V. Phillips MD

Vaul A. Phillips, MD
Physical Medicine and Rehabilitation

DISTRICT OF COLUMBIA GOVERNMENT
OFFICE OF WORKERS' COMPENSATION
P.O. BOX 56098
WASHINGTON, D.C. 20011
(202) 576-6265

***Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.***

06/02/2003
Date of This Report

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
Employee Social Security Number

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
Employer Identification Number

256 CP 157907 256 BAM
Insurer Number

# EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE

| Employee Name and Address: | Employer Name and Address: | Insurer Name and Address: |
|---|---|---|
| ROBERT JOHNSON<br>6600 GEORGIA AVE NW<br>WASHINGTON, DC 20012 | INTERSTATE HOTELS RESORTS<br>CROWNE PLAZA WASHINGTON<br>1001 14TH STREET NW<br>WASHINGTON, DC 20005 | American Protection<br>P.O. BOX 3646<br>FAIRFAX, VA 22038 |

**IMPORTANT: Every employer shall file this report as soon as possible after knowledge of an occupational injury or disease to one of his employees, but no later than ten days thereafter. Failure to file this form shall be subject to a civil penalty not to exceed $1,000.**

Date and Time of Injury 04/27/2003 10:00AM am/pm? Day of Week? SUNDAY
Normal starting time ______ am/pm? If employee back to work, give date and time ______ am/pm? At what wage? ______ If fatal, give date of death ______ (file supplement report).
Date disability began? ______ am/pm? Was injured paid in full for this day? ______
Was injured given Form No. 7 DCWC? ______ Foreman ______
When did you or foreman first know of injury? 06/02/2003
Male X Female ______ Age 999 Employee's Telephone No. ______
Occupation when Injured ______ Was this his/her regular occupation? ______
(Department or Branch where regularly employed) UNKNOWN
Was injured hired in DC? NO How long employed by you? YR MO
Piece or time worker? ______ Hourly wage? ______ Hours worked/day ______
Daily wages ______ Days Worked per Week ______ Avg weekly earnings ______
If board and lodging were furnished or gratuities reported in addition to wages, give estimated value per day, week, or month: ______
Employer's principal business function in DC HOTEL
Employer's Telephone No. (202) 682-0111 Insurance Policy No. 5BR08663900
Location of plant or place where accident occurred: 1001 14TH STREET NW WASHINGTON, DC 20005
On employer's premises? YES
Describe fully the events which resulted in injury or disease, what the employee was doing when injured and type of injury including parts of body affected: R SHOULDER
EMPLOYEE SUSTAINED INJURY WHEN HE PICKED UP A CONTAINER FROM THE REFRIGERATOR.
Names of Witnesses: ______
Nature and location of injury (Describe fully): STRAIN OR INJURY BY LIFTING
UNKNOWN
Attending Physician and Address (If Hospital Involved - Indicate):
DOCTOR PHILLIPS HOWARD UNIVERSITY HOSPITAL 2041 GEORGIA AVE NW WASHINGTON, DC 20549

KEMPER TELEPLUS
Name (Please Print or Type)

KEMPER TELEPLUS
Name of Person Completing Form

*KEMPER TELEPLUS*
Signature

______
Official Position

FORM NO. 8 DCWC
WC 7944a (6-00) UNIFORM INFORMATION SERVICES, INC.

9-2491
2425645

HA's Form 301
# ury and Illness Incident Report

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

U.S. Department
Occupational Safety and Health A

Form approved OMB

*ury and Illness Incident Report* is one of the ms you must fill out when a recordable work-injury or illness has occurred. Together with *of Work-Related Injuries and Illnesses* and the ɪanying *Summary,* these forms help the er and OSHA develop a picture of the extent ɪerity of work-related incidents.

thin 7 calendar days after you receive ation that a recordable work-related injury or has occurred, you must fill out this form or an lent. Some state workers' compensation, nce, or other reports may be acceptable utes. To be considered an equivalent form, bstitute must contain all the information for on this form.

ɪcording to Public Law 91-596 and 29 CFR OSHA's recordkeeping rule, you must keep ɪrm on file for 5 years following the year to it pertains.

you need additional copies of this form, you ɪhotocopy and use as many as you need.

ɪted by Issac Riggs

Director of Loss Prevention

(202) 682-0111 Date 2008/07/27

**Information about the employee**

1) Full name Robert L Johnson

2) Street 14th & K NW

City Washington State DC ZIP 20005

3) Date of birth ___/___/___

4) Date hired ___/___/___

5) ☑ Male
☐ Female

**Information about the physician or other health care professional**

6) Name of physician or other health care professional GWU

7) If treatment was given away from the worksite, where was it given?

Facility GWU

Street

City State ZIP

8) Was employee treated in an emergency room?
☑ Yes
☐ No

9) Was employee hospitalized overnight as an in-patient?
☐ Yes
☑ No

**Information about the case**

10) Case number from the *Log* 2530091318 (Transfer the case number from the Log after you record the c

11) Date of injury or illness 2003/04/27

12) Time employee began work 9 AM / PM (AM circled)

13) Time of event 3 AM / PM (PM circled) ☐ Check if time cannot be determined

14) **What was the employee doing just before the incident occurred?** Describe the activity, as w tools, equipment, or material the employee was using. Be specific. *Examples:* "climbing a lad carrying roofing materials"; "spraying chlorine from hand sprayer"; "daily computer key-e

15) **What happened?** Tell us how the injury occurred. *Examples:* "When ladder slipped on wet fl fell 20 feet"; "Worker was sprayed with chlorine when gasket broke during replacement"; "W developed soreness in wrist over time."

Moving water trays.

16) **What was the injury or illness?** Tell us the part of the body that was affected and how it was a more specific than "hurt," "pain," or sore." *Examples:* "strained back"; "chemical burn, han tunnel syndrome."

alleges that he hurt his Back.

17) **What object or substance directly harmed the employee?** *Examples:* "concrete floor"; "chlo "radial arm saw." *If this question does not apply to the incident, leave it blank.*

water tray

18) **If the employee died, when did death occur?** Date of death N/A

ɪorting burden for this collection of information is estimated to average 22 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Persons are not required to resp of information unless it displays a current valid OMB control number. If you have any comments about this estimate or any other aspects of this data collection, including suggestions for reducing this burden, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, ɪn, DC 20210. Do not send the completed forms to this office.

O. D. POLK, JR., M.D.
DEA # AP5549273
EARL M. ARMSTRONG, M.D.
DEA # ____________
LESLIE KINGSLOW, M.D., F.C.C.P.
DEA # ____________ LIC. # ____________
1160 VARNUM STREET N.E., SUITE 214
WASHINGTON, DC 20017
(202) 526-5491
106 IRVING ST.N.W. STE.405 SOUTH TOWERS
WASHINGTON, DC 20010

NAME Robert Johnson AGE 59
ADDRESS 1600 [illegible] DATE 4/24/06

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Lunesta 2 mg
D
# 30
Sig: [illegible] PHS [illegible]

Refill 3 times

[signature] Polk
(Signature)

To ensure brand name dispensing, prescriber must write 'Brand Necessary' on the prescription.

5FPU1435236

O. D. POLK, JR., M.D.
DEA # ____________
EARL M. ARMSTRONG, M.D.
DEA # ____________
LESLIE KINGSLOW, M.D., F.C.C.P.
DEA # ____________ LIC. # ____________
1160 VARNUM STREET N.E., SUITE 214
WASHINGTON, DC 20017 (202) 526-5491
106 IRVING ST.N.W. STE.405 SOUTH TOWERS
WASHINGTON, DC 20010

NAME Robert Johnson AGE ____
ADDRESS ____________ DATE 4/21/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Patient was receiving Lorazepam 2° to Anxiety / Stress related work and work related problems

Refill ________ times

(Signature)

To ensure brand name dispensing, prescriber must write 'Brand Necessary' on the prescription.

6APU1433323

Telephone: (202) 526-5491

DEA# ____

Earl M. Armstrong, M.D. O. D. Polk, Jr., M.D. Leslie Kingslow, M.D.

1160 Varnum Street N.E., Suite 214 Washington D.C. 20017

NAME Robert Johnson DATE 7/30/04

ADDRESS ____ AGE ____

LABEL NAME OF DRUG — STRENGTH AND QUANTITY ☐ YES ☐ NO PHARMACY #

℞1 Lorazepam 0.5mg

SIG. 1 po BID to TID prn anxiety

DSPSE. # 30 mg./cc. REFILL 0 (1) 2 3 4 5

℞2

SIG.

DSPSE. mg./cc. REFILL 0 1 2 3 4 5

℞3

SIG.

DSPSE. mg./cc. REFILL 0 1 2 3 4 5

PHARMACY # ℞1 ℞2 ℞3

[signature], M.D.

To ... it may concern ... return back to work

HUH
HOWARD UNIVERSITY HOSPITAL

**HOWARD UNIVERSITY HOSPITAL**
2041 GEORGIA AVE., N.W.
WASHINGTON, D.C. 20060

TO WHOM IT MAY CONCERN Robert Johnson

WAS SEEN IN THE EMERGENCY ROOM AT OUR HOSPITAL ON 4.29/03

AT 3:00 A.M. (P.M.) AND WAS RELEASED.

SIGNATURE [signature]

ECA JOHNSON , ROBERT
M 56 ECA PHYS: 01381 04/29/03
277063

heating pad, hot water bottle).

- [ ] Avoid heavy lifting or pulling. See your doctor or return to the Emergency Department immediately if you have worsening of pain, numbness or weakness in arms or legs, or loss of bowel or bladder control.

**ABDOMINAL PAIN / VOMITTING / DIARRHEA**

- [ ] Drink plenty of clear fluids

Return to the Emergency Department or see your physician immediately for the following:

- [ ] Pain which does not improve or worsens
- [ ] Persistent vomiting and/or diarrhea
- [ ] Bloody or black bowel movements
- [ ] Abdomen becomes bloated
- [ ] Fever or chills

**MY PRIMARY CARE PHYSICIAN**

Phone #:

- [ ] I consent to having my emergency record faxed to my Primary Care Physician.
- [ ] I do not consent to having my emergency record faxed to my primary care physician.

Patient Signature

Return to ER if ... tingling in arm or unable to move arm

**FOLLOW-UP INSTRUCTIONS**

( ) See your Doctor: follow up in 3-5 days or sooner as needed

( ) Referral:

( ) Other:

I have received and understand my discharge instructions:

Signature of Patient or Responsible Party

Physician Signature

Nurse Signature

Date 4/29/03

WHITE COPY: MEDICAL RECORDS
YELLOW COPY: PATIENT
PINK COPY: ATTENDING PHYSICIAN/CLINIC

HUH HOWARD UNIVERSITY HOSPITAL | EMERGENCY DEPARTMENT DISCHARGE FORM | HUH 1101 Rev. 10/02

...ing to the Emergency Department at Howard University Hospital. Your medical evaluation was performed on an ...asis and is not intended to substitute for complete medical care from your personal physician. It is important that you ...or see your doctor as instructed. If necessary, return to the Emergency Department if your condition worsens. The interpretation ...laboratory data, x-rays is preliminary. If there is a change in the final report, you will be notified. Please take all medication as prescribed and follow all instructions given to you. We care about you and your health.

**DIAGNOSIS:** (L) trapezius muscle strain

**Discharge Status:** Stable

**Activity:** (✓) No Restrictions
( ) Restrictions: ____

**Diet:** (✓) No Restrictions
( ) Restrictions: ____

**RESULTS:**

**HEAD INJURY:**

- ☐ Consult your doctor or return immediately to the Emergency Department if you experience any of the following: Nausea or vomiting, confusion, unusual sleepiness, difficulty with speech or vision, weakness or numbness of arms or legs, increase in headache.
- ☐ Do not take sedatives, tranquilizers or narcotics unless prescribed.

**NECK / BACK INJURY:**

- ☐ You have injured the muscles and/or soft tissues.
- ☐ You should rest as much as possible.
- ☐ Apply heat to area 3-4 times a day (warm compresses, heating pad, hot water bottle).
- ☐ Avoid heavy lifting or pulling. See your doctor or return to the Emergency Department immediately if you have worsening of pain, numbness or weakness in arms or legs, or loss of bowel or bladder control.

**ABDOMINAL PAIN / VOMITTING / DIARRHEA**

- ☐ Drink plenty of clear fluids

Return to the Emergency Department or see your physician immediately for the following

- ☐ Pain which does not improve or worsens
- ☐ Persistent vomiting and/or diarrhea
- ☐ Bloody or black bowel movements
- ☐ Abdomen becomes bloated
- ☐ Fever or chills

**MY PRIMARY CARE PHYSICIAN**

Phone #: ____

- ☐ I consent to having my emergency record faxed to my Primary Care Physician.
- ☐ I do not consent to having my emergency record faxed to my primary care physician.

Patient Signature ____

**MEDICATIONS:** Motrin 800mg 1 tablet every 8 hours as needed for pain
* Take with food

- ☐ While taking this medication, do not perform potentially hazardous tasks i.e., driving a car, operating machinery, etc.

**FRACTURES / SPRAINS / SEVERE BRUISES**

- ☐ Keep injured area elevated and at rest.
- ☐ Keep a cool compress on the injury for about 20 minutes, 3 times a day.
- ☐ If a cast, splint or ace wrap is applied, check fingers and/or toes for paleness, numbness, swelling, coldness or pain.
- ☐ You may loosen the ace wrap.
- ☐ Remove all rings from fingers of injured arm.

**SUSPECTED SEXUALLY TRANSMITTED DISEASE**

- ☐ Encourage all sexual contacts to be examined by a physician.
- ☐ Do not have sexual contact until after your follow-up appointment.
- ☐ Follow up with your doctor/clinic for HIV screening.
- ☐ If you have any of the following symptoms, see your doctor or return to the Emergency Department, fever, severe abdominal pain, rash, joint pain.

**LACERATIONS, WOUNDS, BURNS**

- ☐ Keep injured part of your body elevated and at rest.
- ☐ Keep the wound clean and dry
- ☐ If a dressing is placed on the wound, do not remove unless told to do so by the doctor.
- ☐ If a dressing becomes soiled, change the dressing.
- ☐ Your sutures should be removed in ______ days.
- ☐ If excessive pain, swelling, bleeding, pus from the wound, or fever develop, return to the Emergency Department.

**ADDITIONAL INSTRUCTIONS:** Return to ER if noticed numbness tingling in (L) arm or unable to move arm

**FOLLOW-UP INSTRUCTIONS**

(✓) See your Doctor: f/u in 3-5 days or sooner as needed
( ) Referral: ____
( ) Other: ____

I have received and understand my discharge instructions:

Signature of Patient or Responsible Party [signature]

[signature] Physician Signature

Nurse Signature ____

Date 4/29/03

WHITE COPY: MEDICAL RECORDS
YELLOW COPY: PATIENT
PINK COPY: ATTENDING PHYSICIAN/CLINIC

HUH
HOWARD UNIVERSITY HOSPITAL

EMERGENCY DEPARTMENT DISCHARGE FORM

HUH 1101 Rev. 10/02

## IF YOU HAVE ANY QUESTIONS

Ask your employer or supervisor. The name and address of your employer's workers' compensation insurance company should be posted at your work place.

If you have a claim, be sure to give your full name, social security number, telephone number, date of injury and your employer's name.

*For more information or assistance contact:*

Department of Employment Services
Bureau of Labor Standards
Office of Workers' Compensation
P.O. Box 56098, Washington, D.C. 20011

(202) 671-1000 voice
(202) 671-1929 fax

64 New York Avenue, N.E., 2nd Floor
Washington, D.C. 20002

Website: www.does.dc.gov

Notice of Non-Discrimination

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code Section 2-1401.01 et seq., (Act) the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination which is prohibited by the Act. In addition, harassment based on any of the above protected categories is prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.

The Department of Employment Services is an Equal Opportunity Employer/Provider.

Auxiliary aids and services are available upon request to person with disabilities.



## Health, Safety and Security

IHR maintains a comprehensive safety program coordinated by the general manager, human resources and security department to ensure a safe environment for staff and guests. Safe working practices will be explained to you during your department orientation. Always make safety a priority even if it means taking a little longer to do something. Immediately report any situation you consider hazardous.

If you find an unsafe condition on the property, please report it immediately to your supervisor.

Listed below are safety tips that all associates should follow:

- Every accident, no matter how slight, MUST be reported to your supervisor immediately.
- Horseplay is not permitted on the company premises.
- Keep one hand on the handrail while walking up and down the stairs.
- Ask for instructions before using any unfamiliar equipment.
- Report any unsafe condition (e.g., water on the floor, frayed electrical cords or faulty equipment).
- Be safety conscious and thoughtful in every aspect of your job.
- Practice good housekeeping in your work areas.
- Observe "No Smoking" rules.
- Use safety devices provided.
- When lifting, crouch down, bend your knees, keep your back straight, lift gradually and avoid jerking or twisting. If an object is too heavy for you to lift, do not attempt to lift it alone.

Type this Paragraph

If you have an accident on the job, you must report it immediately to your supervisor in order to be referred for treatment, if necessary, and to protect any benefits that may be paid by workers' compensation. All injuries, no matter how minor, must be reported.

If you are at the scene of any emergency (i.e., fire, robbery, etc.), please notify the property operator immediately. The operator will be able to follow IHR's emergency procedures. Do not attempt to administer first aid to a guest unless you have proper training. The operator will contact the appropriate person to handle the situation. Please see your department head for further details concerning emergencies in your department.

**PRELIMINARY RESULT**
**PRELIMINARY RESULT**
**PRELIMINARY RESULT**

**HOWARD UNIVERSITY HOSPITAL**
**DEPARTMENT OF RADIOLOGY**

**MAIL TO:**

Dr.OCTAVIUS POLK
1160 VARNUM ST., N.E.214
WASHINGTON DC 20017

**PATIENT NAME:** JOHNSON, ROBERT783130
**MRN:** 000000277063
**ADMISSION NO.:** 000022881510
**PATIENT LOC.:**O,\

**DOB:** 04/02/1947
**SEX:** M
**EXAM DATE:** 05/02/2003

---

**REFERRING PHYSICIAN:** POLK, OCTAVIUS
**ORDERING PHYSICIAN:** POLK, OCTAVIUS

---

**PRELIMINARY RESULT**

**DIAGNOSIS:** R. SHOULDER PAIN & SPRAIN

**EXAMINATION:** RIGHT SHOULDER COMPLETE 2 VIEWS
**EXAM DATE:**05/02/2003
**ORDER NO**: 90001
CPT:73030,,,

**FULL RESULT:**
No fracture or dislocation is identified. There is irregularity of the cortex with subcortical cyst formation at the dist of the clavicle. There are spurs at the acromion. There is a finding suggesting small joint effusion projected just a humeral.

**IMPRESSION:**
1. Further evaluation of the AC joint is recommended. This may be compatible with arthritic change and clinical correlation is recommended.
2. Rule out glenoid fossa effusion. MRI correlation is recommended.

**READING DOCTOR:**ESTELLE COOKE-SAMPSON M.D.
**REVIEWING DOCTOR:** M.D.
**TRANSCRIBED BY:** fll 05/09/2003 01:17PM

# HOWARD UNIVERSITY HOSPITAL

## DEPARTMENT OF PM&R

## PATIENT REGISTRATION FORM

**FOR OFFICE USE ONLY:**

DATE OF APPOINTMENT: 5/15/03 PM&R PHYSICIAN Dr. Phillip

MEDICAL RECORD NO.: ____ DIAGNOSIS: [illegible] Shoulder

**GENERAL INFORMATION**

PRIMARY CARE PHYSICIAN: Dr [illegible] REFERRING PHYSICIAN: ____

PATIENT NAME: Johnson Robert DATE OF BIRTH: [illegible]
(LAST NAME) (FIRST NAME)

SOCIAL SECURITY NO. [illegible] TELEPHONE NO. Home: (202) 726-5069

PRESENT ADDRESS: [illegible] Work: ( )
No. Street City State Zip Code

EMPLOYER: [illegible] ADDRESS: [illegible]

NAME OF SUPERVISOR: [illegible] TELEPHONE NO. 202-215-7548

EMERGENCY CONTACT PERSON: Lenorna Johnson

ADDRESS: [illegible] RELATIONSHIP: 726-5069-[illegible]

TELEPHONE NO.: (202) [illegible] ( ) [illegible]

**INSURANCE RELATED INFORMATION**

TYPE OF INJURY (PLEASE CHECK):

WORK RELATED: YES [ ], NO [ ] MOTOR VEHICLE ACCIDENT: YES [ ] NO: [ ]

DATE OF INJURY: 4/21/03 CLAIM NO.: ____

NAME OF CONTACT PERSON AND TELEPHONE NUMBER RELATED TO THIS INJURY:

NAME: [illegible] TELEPHONE NO.: ( )
(LAST NAME) (FIRST NAME)

NAME OF PRIMARY CARE INSURANCE COMPANY: Blue Cross Blue Shield PPO

SUBSCRIBER: Lenorna P. Johnson

I.D. NO. R2059721 GROUP NO. ____

R-2059721[illegible] 105

NAME OF SECONDARY INSURANCE COMPANY (IF ANY): ____

SUBSCRIBER: ____

I.D. NO. ____ GROUP NO. ____

THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE:

SIGNATURE: [signature] DATE: 5/12/03

BlueCross BlueShield
Federal Employee Program
http://www.fepblue.org
PPO
Government-Wide Service Benefit Plan
LENORA P JOHNSON
R20597210
01/13/1991
105
(See Reverse Side)
PCS
Retail Pharmacy Carrier # 6500
Retail Pharmacy Group # 6500