IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT LEE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:06-cv-00054 |
| ) | |
| v. ) | |
| ) | |
| INTERSTATE MANAGEMENT COMPANY, ) | |
| LLC,  d/b/a Hamilton Crowne Plaza Hotel  ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION
TO PLAINTIFF'S NOTICE OF FILING**

COMES NOW, Defendant Interstate Management Company, LLC d/b/a Hamilton Crowne Plaza Hotel ("Interstate"), by and through its undersigned counsel, and in response and opposition to Plaintiff's Notice of Filing states as follows:

1.      This employment discrimination action was originally brought on behalf of the Plaintiff in a Civil Action filed in D.C. Superior Court on December 20, 2005.  The case was subsequently removed to Federal Court and Judge Urbina issued a Scheduling Order by Minute Entry on February 28, 2006. (Pacer copy attached hereto as Exhibit 1).

2.      As part of this Minute Entry, the Court set a deadline for Plaintiff to Move to Amend his Pleadings.  All Motions to Amend Pleadings or Join Parties were due by May 1, 2006.  See Exhibit 1.  This date has passed and therefore Defendant opposes Plaintiff's filing to the extent it is an attempt to Amend his Complaint beyond the time allowed for Amendment.  In addition, Defendant restates its earlier affirmative defenses that Plaintiff has failed to exhaust administrative remedies as to these claims, failed to bring his claims within the appropriate statutory period and failed to state a claim upon which relief may be granted.

3.      To the extent Plaintiff is not amending his complaint, but rather placing medical

evidence in front of the court, Defendant responds that such evidence is improperly being filed with the court. Discovery materials are not to be filed with the court pursuant to LCvR 5.2 and Defendant requests the Court strike this filing from the record.

                              Respectfully Submitted,

                              **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _____
Edward R. Noonan # 314328
Erica H. Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
(202)659-6600
Counsel for Defendant Interstate Management Company, LLC.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Opposition to Plaintiff's Notice of Filing** was electronically filed and sent by first-class postage pre-paid mail, this 6th day of June 2006, to:

        Robert Lee Johnson
        6600 Georgia Avenue N.W. #101-B
        Washington, D.C. 20012

        _____
        Erica H. Perkins

CASREF, PROSE-NP, TYPE-F

# U.S. District Court
# District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00054-RMU-DAR

JOHNSON v. POLANEC
Assigned to: Judge Ricardo M. Urbina
Referred to: Magistrate Judge Deborah A. Robinson
Demand: $10,000,000
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 01/12/2006
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

ROBERT LEE JOHNSON           represented by   **Elvin Ned Sloan**
                                              LAW OFFICES OF SLOAN
                                              & ASSOCIATES, P.C.
                                              7600 Georgia Avenue, NW
                                              Suite 208
                                              Washington, DC 20012-1616
                                              (202) 829-0886
                                              Fax: (202) 829-4249
                                              Email: enedsloan@verizon.net
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

RALPH POLANEC                represented by   **Erica H. Perkins**
*General Manager at the                       ECKERT SEAMANS
Crown Plaza Hotel*                            CHERIN & MELLOTT, LLC
*TERMINATED: 04/21/2006*
                                              1747 Pennsylvania Avenue,

DEFENDANT'S EXHIBIT 1

https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?491019190112449-L_923_0-1

District of Columbia live database - Docket Report
Case 1:06-cv-00054-RMU   Document 20   Filed 06/06/2006   Page 5 of 10
Page 2 of 7

NW
Suite 1200
Washington, DC 20006
(202) 659-6600
Email:
eperkins@eckertseamans.com

*TERMINATED: 04/21/2006*
*LEAD ATTORNEY*

**Edward R. Noonan**
ECKERT, SEAMANS,
CHERIN & MELLOTT
1747 Pennsylvania Avenue,
NW
Suite 1200
Washington, DC 20006
(202) 659-6616
Fax: (202) 659-6699
Email:
enoonan@eckertseamans.com

*TERMINATED: 04/21/2006*

| | | |
|---|---|---|
| **Defendant** | | |
| **INTERSTATE MANAGEMENT COMPANY** *doing business as* HAMILTON CROWNE PLAZA HOTEL | represented by | **Erica H. Perkins** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Edward R. Noonan** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date |  |  |
|---|---|---|
|  |  |  |

| Filed | # | Docket Text |
|---|---|---|
| 06/02/2006 | 19 | NOTICE of filing of new evidence by ROBERT LEE JOHNSON (td, ) (Entered: 06/05/2006) |
| 06/02/2006 |  | Set/Reset Hearing: Settlement Conference reset for Friday, 6/23/2006 @ 09:30 AM in Courtroom 4-2nd Floor, E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson; Settlement Conference scheduled for Monday, 6/12/06 cancelled. (EW) (Entered: 06/02/2006) |
| 05/26/2006 | 18 | NOTICE of Appearance Pro Bono for limited purpose of mediation by Elvin Ned Sloan on behalf of ROBERT LEE JOHNSON (jf, ) (Entered: 05/30/2006) |
| 05/02/2006 | 17 | NOTICE of Acknowledgment of Appointment of Counsel for the Limited Purpose of Mediation by ROBERT LEE JOHNSON (tg, ) (Entered: 05/03/2006) |
| 04/25/2006 | 16 | ORDER by Magistrate Judge Deborah A. Robinson on 4/25/06 appointing of counsel for the limited purpose of mediation. (EW) (Entered: 04/25/2006) |
| 04/25/2006 |  | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson : Settlement Conference held on 4/25/2006. Settlement Conference set for Monday, 6/12/2006 @ 09:30 AM in Room 2315-2nd floor before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 04/25/2006) |
| 04/21/2006 |  | Set Hearing: Settlement Conference set for 4/25/2006 09:30 AM in (Room 2315-2nd Floor, E.Barrett Prettyman Bldg) before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 04/21/2006) |
| 04/21/2006 |  | ENTERED IN ERROR Set Hearing: Settlement Conference set for Wednesday, 5/10/2006 @ 09:30 AM in (Room 2315-2nd Floor, E.Barrett Prettyman Bldg) before Magistrate Judge Deborah A. Robinson. |

| | | |
|---|---|---|
| | | (EW) Modified on 4/21/2006 (EW, ). (Entered: 04/21/2006) |
| 04/20/2006 | | MINUTE ORDER: The clerk of the court shall amend the case caption to reflect the proper identity of the defendant. The properly named defendant is Interstate Management Company, LLC d/b/a Hamilton Crowne Plaza Hotel, not the Hamilton Crowne Plaza Hotel. Signed by Judge Ricardo M. Urbina on 4/20/06. (md) (Entered: 04/20/2006) |
| 04/11/2006 | 15 | NOTICE by RALPH POLANEC (Perkins, Erica) (Entered: 04/11/2006) |
| 03/29/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 14 Rule 26a1 Statement was entered in error and counsel was instructed to refile said pleading with corrected case caption. (jf, ) (Entered: 03/29/2006) |
| 03/27/2006 | 14 | ENTERED IN ERROR.....RULE 26a1 STATEMENT. (Perkins, Erica) Modified on 3/29/2006 (jf, ). (Entered: 03/27/2006) |
| 03/01/2006 | | MINUTE ORDER: Pursuant to the parties' joint stipulation to dismiss the complaint against defendant Ralph Polanec, the court hereby orders that the case against defendant Ralph Polanec is dismissed with prejudice. Signed by Judge Ricardo M. Urbina on 3/1/06. (md) (Entered: 03/01/2006) |
| 03/01/2006 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Settlement Discussions near the end of April 2006, the specific date and time to be scheduled by Magistrate Judge. (jsc) (Entered: 03/01/2006) |
| 02/28/2006 | 13 | AMENDED COMPLAINT against RALPH POLANECfiled by ROBERT LEE JOHNSON.(jf, ) (Entered: 03/03/2006) |
| 02/28/2006 | 12 | STIPULATION of Dismissal by RALPH POLANEC. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order)(Noonan, Edward) (Entered: 02/28/2006) |
| 02/28/2006 | 11 | *Supplement to* ANSWER to Complaint *(Amended)* by RALPH POLANEC.(Noonan, Edward) (Entered: 02/28/2006) |
| 02/28/2006 | | Minute Entry for proceedings held before Judge Ricardo M. Urbina : Status Hearing held on 2/28/2006. Motion of Plaintiff to Amend his complaint, heard and granted. Plaintiff's Amended complaint to be filed. Discovery due by 10/1/2006. Dispositive Motions are due by 11/15/2006. Oppositions to Dispositive Motions are due by 11/29/2006. Replies to Oppositions to Dispositive Motions are due by 12/11/2006. Motions to Amend Pleadings or Join Parties are due by 5/1/2006. Oppositions to any Motions to Amend Pleadings or Join Parties are due by 5/15/2006. Replies to Oppositions to Motions to Amend Pleadings or Join Parties are due by 5/22/2006. Proponent's Rule 26(a)(2)(B). Statement is due by 7/14/2006. Opponent's Rule 26(a)(2)(B) Statement is due by 8/15/2006. An Interim Status Hearing is scheduled for 10/23/2006 at 10:30 a.m. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. Case referred to Magistrate Judge Deborah Robinson for Settlement Discussion by the end of April, the specific date and time to be scheduled by Magistrate Judge Robinson. (Present: Plaintiff Robert Lee Johnson; Attorney Edward R. Noonan standing in for Erica H. Perkins for the defendant)(Court Reporter William D. McAllister.) (jwd, ) (Entered: 02/28/2006) |
| 02/28/2006 | | Sett Hearing: Settlement Conference set for 4/25/2006 09:30 AM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 02/28/2006) |
| 02/27/2006 | 10 | ANSWER to Complaint *(Amended)* by RALPH |

| | | POLANEC.(Perkins, Erica) (Entered: 02/27/2006) |
|---|---|---|
| 02/22/2006 | 9 | MOTION to Amend/Correct Complaint by ROBERT LEE JOHNSON. (Attachments: # 1 Exhibit Amended Complaint)(jf, ) (Entered: 02/23/2006) |
| 02/16/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 7 Status Report was entered in error and will be refiled by the Clerk's Office. (nmw, ) (Entered: 02/16/2006) |
| 02/15/2006 | 8 | MEET AND CONFER STATEMENT. (nmw, ) (Entered: 02/16/2006) |
| 02/15/2006 | 7 | ENTERED IN ERROR.....STATUS REPORT *Pursuant to Rule 16.3 (Joint)* by RALPH POLANEC. (Perkins, Erica) Modified on 2/16/2006 (nmw, ). (Entered: 02/15/2006) |
| 02/02/2006 | 6 | Receipt on 02/02/06 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 05ca9657. (jf, ) (Entered: 02/03/2006) |
| 01/20/2006 | 5 | *Amended* ANSWER to Complaint by RALPH POLANEC.(Perkins, Erica) (Entered: 01/20/2006) |
| 01/18/2006 | | NOTICE of Hearing: An Initial Status Hearing is scheduled for 2/28/2006 at 2:00 p.m. in Courtroom 30, Annex Building, Sixth Floor before Judge Ricardo M. Urbina. Parties are to meet and confer and file their Joint Local 16.3 Report seven (7) days prior to scheduled hearing date.(jwd) (Entered: 01/18/2006) |
| 01/18/2006 | 4 | STANDING ORDER Signed by Judge Ricardo M. Urbina on January 18, 2006. (jwd, ) (Entered: 01/18/2006) |
| 01/18/2006 | 3 | ANSWER to Complaint by RALPH POLANEC. (Perkins, Erica) (Entered: 01/18/2006) |
| 01/12/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of |

District of Columbia live database - Docket Report
Case 1:06-cv-00054-RMU   Document 20   Filed 06/06/2006   Page 10 of 10
Page 7 of 7

|            |   |   |
|------------|---|---|
|            |   | Corporate Affiliations and Financial Interests by RALPH POLANEC (jf, ) (Entered: 01/17/2006) |
| 01/12/2006 | 1 | NOTICE OF REMOVAL by RALPH POLANEC from Superior Court for the District of Columbia, case number 05ca9657. ( Filing fee $ 250 )filed by RALPH POLANEC.(jf, ) (Entered: 01/17/2006) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 06/06/2006 10:14:13 ||||
| PACER Login: | es0024 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00054-RMU-DAR |
| Billable Pages: | 3 | Cost: | 0.24 |