## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT LEE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  1:06-cv-00054 |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH POLANEC and INTERSTATE | ) | |
| MANAGEMENT COMPANY, LLC, | ) | |
| d/b/a Hamilton Crowne Plaza Hotel | ) | |
| | ) | |
| Defendant | ) | |

### JOINT MOTION TO POSTPONE SETTLEMENT CONFERENCE

Plaintiff, Robert L. Johnson, through Elvin Ned Sloan, Esq., appointed mediation counsel and Defendant Interstate Management Company, LLC, by its attorneys, Eckert Seamans Cherin & Mellott, LLC, hereby jointly move to postpone the settlement conference currently scheduled for 9:30 am, Friday June 23, 2006 before Magistrate Judge Robinson. The basis for the motion is as follows:

1. The parties have been discussing a resolution of the matter which would result in the withdrawal of the lawsuit.
2. While the undersigned counsel have reached an agreed-upon resolution, there is insufficient time before the Settlement Conference to obtain the necessary approval of the clients and prepare the withdrawal.
3. The parties therefore request a postponement for the purpose of affecting the resolution.

Respectfully submitted,

Elvin Ned Sloan, Esq. # 455198

7600 Georgia Ave. NW
Washington, D.C. 20012
(202) 829-0886
Mediation Counsel for Plaintiff

Edward R. Noonan #314328
Erica H. Perkins #484162
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW, Suite 1200
Washington, D.C. 20006
(202) 659-6616
Counsel for Defendant