IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT LEE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:06-cv-00054 |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH POLANEC and INTERSTATE | ) | |
| MANAGEMENT COMPANY, LLC, | ) | |
| d/b/a Hamilton Crowne Plaza Hotel | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON JOINT MOTION TO POSTPONE SETTLEMENT CONFERENCE**

WHEREFORE, in consideration of the parties' Joint Motion to Postpone Settlement Conference,

IT IS HEREBY ORDERED THAT

The Settlement Conference scheduled for Friday, June 23, 2006 at 9:30 a.m. is hereby postponed to a date to be determined.

_____
United States District Court Judge