UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Theodore L. Lomax,
    Plaintiff,

v.

Lawrence M. Small, Secretary
  Smithsonian Institution,
    Defendant.

_____

Civil Action No. 1:05CV0009
(RBW)

NOTICE OF APPEARANCE

Counsel, E. Ned Sloan, makes his appearance in behalf of the Plaintiff in the captioned case.

Respectfully submitted,

SLOAN & ASSOCIATED, PLLC
7600 Georgia Ave. N.W., Suite 208
Washington, DC 20012
(202) 829-0886
(202) 829-4249

Dated: May 5, 2005