UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert L Johnson                )
                                )
    Plaintiff               )
                                )
v.                              )       Civil Action No. 1:06-cv-00054(RMUDAR)
                                )
Ralph Polanec, et al.,          )
                                )
    Defendants.             )

MOTION TO DISMISS

COMES NOW, Plaintiff, Robert L. Johnson by and through undersigned counsel and submits this Motion to Dismiss and states as follows:

1. Plaintiff initially filed this employment action in D.C. Superior Court on December 20, 2005, and case was moved to Federal Court on January 17, 2006.
2. The basis for the complaint was a picture of him drawn by a co-worker, which he found offensive.
3. Plaintiff reported this incident to Human Resources.
4. Plaintiff was upset and filed this claim when no action was taken against the employee.
5. Plaintiff demanded a written explanation from Human Resources in June 2006.
6. Plaintiff received written report which stated that management spoke to the employee about the incident, and that it considered the conduct inappropriate.

Therefore, for all the foregoing reasons, counsel moves to dismiss the complaint.

Respectfully submitted,
SLOAN & ASSOCIATES, PC
7600 Georgia Ave. NW, Suite 208
Washington, DC 20012
E, Ned Sloan, #455198
Pro bono counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY certify that a copy of this Motion to Dismiss was electronically filed and sent by first class mail postage prepaid on 21 July 2006, to:

Robert L. Johnson
6800 Georgia Ave. NW, Apt. 101-B
Washington, DC 20012

                                                                                            _____
                                                                                            E. Ned Sloan

Case 1:06-cv-00054-RMU    Document 23    Filed 07/21/2006    Page 2 of 2